**Order of March 12, 2015 Withdrawn; Order filed March 16, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00092-CR
_____

**LARRY  FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 756276**

## ORDER

On March 12, 2015, this Court issued an order requesting a supplemental clerk's record containing the trial court's order signed January 12, 2015. The order was issued in error.

Our order of March 12, 2015, is withdrawn.

PER CURIAM